LLOYD A. BOOKMAN (State Bar No. 89251)
BYRON J. GROSS (State Bar No. 76626)
**HOOPER, LUNDY & BOOKMAN, INC.**
1875 Century Park East, Suite 1600
Los Angeles, California  90067-2799
Telephone: (310) 551-8111
Facsimile: (310) 551-8181
E-Mail:   bgross@health-law.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| SAN ANTONIO COMMUNITY HOSPITAL, et al.,<br><br>         Plaintiff,<br><br>    vs.<br><br>SANDRA SHEWRY, Director of the Department of Health Services, State of California,<br><br>         Defendant. | CASE NO. 05-CV-00409 WBS DAD<br><br>**JOINT STIPULATION RE CONTINUANCE OF STATUS CONFERENCE; [PROPOSED] ORDER THEREON**<br><br>Old Date:    May 23, 2005<br>**New Date:   June 20, 2005**<br>Location:    Courtroom 5<br>Time:        9:00 a.m.<br><br>Trial Date:   NONE |

**IT IS HEREBY STIPULATED AND AGREED** by Plaintiffs, SAN ANTONIO COMMUNITY HOSPITAL, etc., et al, through their attorney of record, Byron J. Gross, and Defendant SANDRA SHEWRY, by and through her attorney of record, Anthony Seferian, that the Status Conference (pretrial scheduling) previously set for May 23 2005 at 9:00 a.m., be continued to June 20, 2005 at the same time and location, and permission of the Court is hereby requested for same.

**IT IS ALSO STIPULATED AND AGREED** that the Parties shall meet and confer pursuant to Fed. R. Civ. P. 26(f) not less than twenty-one (21) days prior to June 20, 2005.  On or before June 6, 2005, the Parties will submit to the Court a Joint Status Report pursuant to the Court's March 2, 2005 Order Setting Status Conference.

Respectfully submitted,

DATED: May 20, 2005            HOOPER, LUNDY & BOOKMAN, INC.


By:   /S/   Byron J. Gross
              BYRON J. GROSS
Attorneys for Plaintiffs


DATED: May 20, 2005            BILL LOCKYER
Attorney General of the State of California

JOSEPH O. EGAN
Lead Supervising Deputy Attorney General


By:   /S/   Anthony V. Seferian

ANTHONY V. SEFERIAN
Deputy Attorney General

Attorneys for Defendant


## ORDER

The Court, having read and considered the foregoing Stipulation of the Parties, and good cause appearing therefor, hereby grants continuance of the referenced Status Conference and associated due dates. The Status Conference (pretrial scheduling) previously set for May 23 2005 at 9:00 a.m., is continued to June 20, 2005. The parties shall meet and confer pursuant to Fed. R. Civ. P. 26(f) not less than twenty-one (21) days prior to June 20, 2005. On or before June 6, 2005, the Parties will submit to the Court a Joint Status Report pursuant to the Court's March 2, 2005 Order Setting Status Conference.

**IT IS SO ORDERED.**

Dated:  May 23, 2005

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE