1  LLOYD A. BOOKMAN (State Bar No. 89251)
   BYRON J. GROSS (State Bar No. 76626)
2  **HOOPER, LUNDY & BOOKMAN, INC.**
   1875 Century Park East, Suite 1600
3  Los Angeles, California  90067-2799
   Telephone: (310) 551-8111
4  Facsimile: (310) 551-8181
   E-Mail:    lbookman@health-law.com
5
   Attorneys for Plaintiffs
6

7

8              **UNITED STATES DISTRICT COURT**

9    **EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

10

11 SAN ANTONIO COMMUNITY HOSPITAL,          CASE NO. 05-CV-00409 DFL PAN
   et al.,
12                                          **JOINT STIPULATION RE DISMISSAL;**
              Plaintiff,                    **[PROPOSED] ORDER THEREON**
13
       vs.
14
   SANDRA SHEWRY, Director of the
15 Department of Health Services, State of
   California,
16
              Defendant.
17

18      **IT IS HEREBY AGREED AND STIPULATED** that Plaintiffs, San Antonio Community

19 Hospital, etc., et al., and Defendant, Sandra Shewry, etc., by and through their attorneys of record,

20 Hooper, Lundy & Bookman, Inc., Byron J. Gross, Esq.; and Anthony Seferian, Deputy Attorney

21 General, respectively, that this action be dismissed in its entirety, without prejudice, as to all

22 parties and all causes of action.

23      By entering into this Stipulation, Plaintiffs have agreed that (1) they will not file in Federal

24 court a lawsuit challenging the application of Section 32 of SB 1103 to noncontract hospitals for

25 State fiscal year 2004-05; and (2) by entering into this Stipulation for Dismissal, Defendant Sandra

26 Shewry has not waived and is not precluded from asserting, in a challenge relating to Section 32

27 of SB 1103 that may in the future be brought by Plaintiffs in another court, any arguments, claims,

28 rights, or defenses.

HOOPER, LUNDY & BOOKMAN, INC.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA  90067-2799
TEL.: (310) 551-8111 • FAX: (310) 551-8181

1005093.1

1   DATED: September 15, 2005          Respectfully submitted,

2                                      HOOPER, LUNDY & BOOKMAN, INC.

3

4                                      By: _____/s/  BYRON J. GROSS_____

5                                      Attorneys for Plaintiffs

6   DATED: September 15, 2005          BILL LOCKYER
                                       Attorney General of the State of California
7                                      JOSEPH O. EGAN
                                       Lead Supervising Attorney General
8                                      ANTHONY V. SEFERIAN
                                       Deputy Attorney General

9

10                                     By: _____/s/  ANTHONY V. SEFERIAN_____

11                                     Attorneys for Defendant

12

13

14          **IT IS HEREBY ORDERED** that that this action be and is hereby DISMISSED

15   WITHOUT PREJUDICE as to all parties and all causes of action, in accordance with the terms

16   and conditions set forth above.

17

18   DATED:  9/16/2005

19                                     _____

20                                     DAVID F. LEVI
                                       United States District Judge
21

22

23

24

25

26

27

28

HOOPER, LUNDY & BOOKMAN, INC.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067-2799
TEL.: (310) 551-8111 • FAX: (310) 551-8181

1005093.1